United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-12-600-3 |
| | § |
| WILLIAM BULLOCK | § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 595). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 14, 2016 at 9:30 a.m.**

SIGNED on June 3, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge