United States District Court
Southern District of Texas
**ENTERED**
November 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | §  CRIMINAL NO. H-12-600-3 § § |
| WILLIAM BULLOCK | § § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 637). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 30, 2017 at 9:30 a.m.**

SIGNED on November 28, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge