United States District Court
Southern District of Texas
**ENTERED**
March 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600-3 |
| | § | |
| WILLIAM BULLOCK | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 652). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 17, 2017 at 9:30 a.m.**

SIGNED on March 22, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge